**FILED**
JUN 2 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Mag. Case No. **'08 MJ 8569** |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF: |
| v. ) | Title 8, U.S.C., Section 1326 |
| Mario HERNANDEZ-Carlos, ) | Deported Alien Found In the United States |
| Defendant. ) | |

The undersigned complainant, being duly sworn, states:

On or about June 23, 2008, within the Southern District of California, defendant Mario HERNANDEZ-Carlos, an alien, who previously had been excluded, deported, or removed from the United States to Mexico was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States code, section 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Senior Patrol Agent

SWORN TO BEFORE AND SUBSCRIBED IN MY PRESENCE THIS 24th DAY OF JUNE 2008.

_____
PETER C. LEWIS
United States Magistrate Judge

Page 1

UNITED STATES OF AMERICA
v.
Mario HERNANDEZ-Carlos

STATEMENT OF FACTS

The complainant states that this complaint is based upon the statements of the apprehending Border Patrol Agent S. Joyner that the Defendant was found and arrested on June 23, 2008, west of the Calexico, California, Port of Entry.

On June 23, 2008, at approximately 9:00 a.m. the Remote Video Surveillance Systems operator observed an individual climb over the United States/Mexico International Border Fence. Agent Joyner responded to the area and found the subject hiding underneath a tractor trailer. The subject was identified as, Mario HERNANDEZ-Carlos (HERNANDEZ-Carlos). Agent Joyner questioned HERNANDEZ-Carlos as to his immigration status to be in the United States. Agent Joyner determined HERNANDEZ-Carlos was a citizen of Mexico illegally in the United States. HERNANDEZ-Carlos was placed under arrest and transported to the Calexico Border Patrol Station.

At the station, record checks revealed an Immigration Judge ordered HERNANDEZ-Carlos deported to Mexico from the United States on November 7, 1994. Record checks also revealed that HERNANDEZ-Carlos has an extensive criminal history.

There is no evidence HERNANDEZ-Carlos has sought or received permission from the Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States.